IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 8:25CB4 |
| Plaintiff, | |
| vs. | Violation No.: NE22-W0873667 |
| Donovan Smith | **ORDER TO APPEAR** |
| Defendant. | |

You are ordered to appear for your next court hearing on ___7/29___, 20_25_, at 9:00 a.m. in Courtroom No. 6 at the Roman L. Hruska Federal Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Failing to appear in court as directed may result in a warrant being issued for your arrest. You may be subject to an additional charge of Failure to Appear or a finding of Contempt of Court. Each of these may be punishable by a term of imprisonment, a fine or both.

Dated this _24_ day of _June_, 20_25_

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge

Defendant hereby acknowledges receipt of this Order and promises to appear at the date and time above.

_6/24/25_　　　　　　　　　　　　　　_[signature]_
Date　　　　　　　　　　　　　　　　Defendant